Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Advance International Inc. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

20-3784336

4. **Debtor's address**

**Principal place of business**

**174 Lawrence Drive, Suite  J**
**Livermore, CA 94551**
Number, Street, City, State & ZIP Code

**Alameda**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

Case: 23-41268   Doc# 1   Filed: 10/01/23   Entered: 10/01/23 09:49:49   Page 2 of 15

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 23-41268   Doc# 1   Filed: 10/01/23   Entered: 10/01/23 09:49:49   Page 3 of 15

☐ $50,001 - $100,000          ■ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 1, 2023**
              MM / DD / YYYY

**X** **/s/ Shahmard Ghorbani** _____          **Shahmard Ghorbani** _____
Signature of authorized representative of debtor          Printed name

Title   **CEO** _____

**18. Signature of attorney**

**X** **/s/ Marc Voisenat** _____       Date **October 1, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Marc Voisenat 170935**
Printed name

**Law Office of Marc Voisenat**
Firm name

**2329 A Eagle Avenue**
**Alameda, CA 94501**
Number, Street, City, State & ZIP Code

Contact phone   **510-263-8755**          Email address   **voisenat@gmail.com**

**170935 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Advance International Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **174 Lawrence Drive Investors, LLC c/o Cushman & Wakefield 575 Mryville Center Dr., Ste. 500 Saint Louis, MO 63141** | | | | | | $130,095.69 |
| **Accell Audit & Compliance, P.A. 10696 Laxar Clay Loop San Antonio, FL 33576** | | | | | | $32,000.00 |
| **Ahmad Kreshi 5244 Lyngate Ct., Ste 201 Burke, VA 22015** | | | | | | $100,000.00 |
| **Amex Box 0001 Los Angeles, CA 90096-8000** | | | | | | $30,528.11 |
| **Andrew Ramirez 788 Sequoia Blvd. Tracy, CA 95376** | | | | | | $26,907.93 |
| **Fred Jewett 1221 S. Swift Pl. Tracy, CA 95391** | | Back wages | | | | $44,879.40 |
| **Fremont GHBA LLC 3000-F Danville Blvd #215 Alamo, CA 94507** | | | | | | $849,635.73 |
| **Gabriela Barba 195 Chanticleer Lane Alamo, CA 94507** | | | | | | $210,000.00 |

Case: 23-41268    Doc# 1    Filed: 10/01/23    Entered: 10/01/23 09:49:49    Page 6 of 15

| Debtor | Advance International Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| IAW Ever Holding Co. LLC 1309 Coffeen Ave,Ste. 1200 Sheridan, WY 82801 | | | | | | $450,000.00 |
| Khalid Mentak 6110 Lakeview Circle San Ramon, CA 94582 | | | | | | $300,000.00 |
| Mayers, Arakelian, Hendricks,Kapulica 117 Town & Country Drive, Suite A Danville, CA 94526 | | Loan | | | | $300,000.00 |
| Mazi Ghorbani 195 Chanticleer Lane Alamo, CA 94507 | | | | | | $8,000,000.00 |
| Mercedez-Benz Financial Service P.O. Box 5209 Carol Stream, IL 60197 | | | | $20,949.65 | $0.00 | $20,949.65 |
| Motthew Lopez 232 Jeffry Ranch Place Clayton, CA 94517 | | | | | | $41,500.00 |
| PG&E P.O. Box 997300 Sacramento, CA 95899 | | Utility | | | | $46,331.00 |
| Shahab Moradian 909 Hutchinson Rd walnut creek, CA | | | | | | $100,000.00 |
| Slim Capital 9301 Wilshire Boulevard Ste.425 Beverly Hills, CA 90210 | | | | | | $105,913.07 |
| UBS Realty Investors, LLc 455 Market Street Suite 1000 San Francisco, CA 94105 | | Unpaid Rent | | | | $90,000.00 |
| United Mechanical Inc 2185 Oakland Road, San Jose, CA 95131 | | | Disputed | | | $32,847.30 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wilson, Sonsini, Goodrich & Roati WSGR 650 Page Mill Rd Palo Alto, CA 94304-1050** | | | | | | **$272,399.78** |

174 Lawrence Drive Investors, LLC
c/o Cushman & Wakefield
575 Mryville Center Dr., Ste. 500
Saint Louis, MO 63141


A-Frame Accounting & Advisory Inc.
3419 Gray Ct.
Tampa, FL 33609


Accell Audit & Compliance, P.A.
10696 Laxar Clay Loop
San Antonio, FL 33576


Ahmad Kreshi
5244 Lyngate Ct., Ste 201
Burke, VA 22015


Airgas USA, LLC
P.O. Box 93500
Long Beach, CA 90809-3500


Amex
Box 0001
Los Angeles, CA 90096-8000


Andrew Ramirez
788 Sequoia Blvd.
Tracy, CA 95376


Antonio Lopez
P.O. Box 8675
Stockton, CA 95208

Aramark
P.O. Box 101179
Pasadena, CA 91189-1179


Avri Companies, Inc.
1080 Essex Avenue
Richmond, CA 94801


City of Livermore
1052 S. Livermore Ave.
Livermore, CA 94550-4899


Clark Hill PLC
P.O. Box 3760
Pittsburgh, PA 15230


Clark Pest Control
P.O. Box 1480
Lodi, CA 95241-1480


CMIT Solutions
5424 Sunol Blvd. #10
Pleasanton, CA 94566


Fedex
P.O.Box 94515
Palatine, IL 60094-4515


Fred Jewett
1221 S. Swift Pl.
Tracy, CA 95391

Fremont GHBA LLC
3000-F Danville Blvd #215
Alamo, CA 94507


Gabriela Barba
195 Chanticleer Lane
Alamo, CA 94507


IAW Ever Holding Co. LLC
1309 Coffeen Ave,Ste. 1200
Sheridan, WY 82801


Inspire Business Law Group
50California St.,Ste.#1500
San Francisco, CA 94111


Jellum Law
Garth G. Gavenda
14985 60th Street North
Stillwater, MN 55082


Khalid Mentak
6110 Lakeview Circle
San Ramon, CA 94582


Leighton FinancialConsulting LLC
3558 Torino Way
San Francisco, CA 94111


Mayers, Arakelian, Hendricks,Kapulica
117 Town & Country Drive, Suite A
Danville, CA 94526

Mazi Ghorbani
195 Chanticleer Lane
Alamo, CA 94507


Mercedez-Benz Financial Service
P.O. Box 5209
Carol Stream, IL 60197


Michelson Laboratories of
Northern California
6280 Chalet Drive
Los Angeles, CA 90040


Motthew Lopez
232 Jeffry Ranch Place
Clayton, CA 94517


PG&E
P.O. Box 997300
Sacramento, CA 95899


Pro Star Electric Inc.
3001 McKittrick Ct.
Ceres, CA 95307


Shahab Moradian
909 Hutchinson Rd
walnut creek, CA


Slim Capital
9301 Wilshire Boulevard Ste.425
Beverly Hills, CA 90210

Slim Capital LLC 20710-1
9301 Wilshire Boulevard Ste. 425
Beverly Hills, CA 90210


U. S. Small Business Administration
Standard 7a Loan Guaranty Processing Cen
6501 Sylvan Road, Suite 100
Citrus Heights, CA 95610-5017


U.S. Eagle Federal Credit Union
3939 Osuna Ne
Albuquerque, NM 87109


UBS Realty Investors, LLc
455 Market Street
Suite 1000
San Francisco, CA 94105


United Mechanical Inc
2185 Oakland Road,
San Jose, CA 95131


Valley Building Industries Inc.
624 N.Street
Sanger, CA 93657


Vincent Corporation Inc
2810 E. 5th Avenue
Tampa, FL 33605


Western Machine & Fab, Inc.
33372 Croation Way
Union City, CA 94587

```
Wilson, Sonsini, Goodrich & Roati
WSGR 650 Page Mill Rd
Palo Alto, CA 94304-1050


WSGR-Patents
WSGR 650 Page Mill Rd
Palo Alto, CA 94304-1050
```

# United States Bankruptcy Court
## Northern District of California

In re   **Advance International Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Advance International Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  1, 2023**

Date

**/s/ Marc Voisenat**

**Marc Voisenat 170935**

Signature of Attorney or Litigant

Counsel for    **Advance International Inc.**

**Law Office of Marc Voisenat**

**2329 A Eagle Avenue**
**Alameda, CA 94501**
**510-263-8755 Fax:510-272-9158**
**voisenat@gmail.com**